[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-12787
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 8, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00104-CR-3-MCR-EMT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MATTHEW DOSSEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 8, 2009)

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for Matthew Dossey, have filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Because our independent examination of the record reveals no arguable issues of merit, the motion to withdraw is **GRANTED**, and Dossey's conviction and sentence are **AFFIRMED**.